**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | |
|---|---|
| EDWIN SHEAD, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 4:07CV22 CEJ |
| | ) |
| JAMES PURKETT, et al., | ) |
| | ) |
| Defendants. | ) |

**ORDER OF PARTIAL DISMISSAL**
**PURSUANT TO 28 U.S.C. § 1915(e)(2)(B)**

**IT IS HEREBY ORDERED** that, as to defendant James Purkett, plaintiff's complaint is **DISMISSED**, without prejudice, pursuant to 28 U.S.C. § 1915(e)(2)(B).

Dated this 25th day of January, 2007.

_____
UNITED STATES DISTRICT JUDGE