UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| EDWIN SHEAD, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| Vs. ) | Case No. 4:07CV00022-CEJ |
| ) | |
| CORRECTIONAL MEDICAL SERVICES, ) | |
| ) | |
| Defendant. ) | |

## ORDER

This matter is before the Court on Plaintiff's Motion for Appointment of Counsel. The Court has reviewed the pleadings in this matter and is of the opinion that appointment of counsel would best serve the interest of justice.

Accordingly,

IT IS HEREBY ORDERED that, John P. McNearney, BLACKWELL SANDERS PEPER MARTIN LLP, 720 Olive Street, 24th Floor, St. Louis, MO, 63101, phone 314-345-6415, fax 314-345-6060, is appointed to represent plaintiff in this matter. The Clerk of the Court shall provide plaintiff's newly-appointed counsel with a complete copy of the court file at no cost.

IT IS FURTHER ORDERED, that newly appointed cousel shall have thirty (30) days from his receipt of this order to file an amended complaint if he deems appropriate.

Dated this 31st day of January , 2007.

_____
Carol E. Jackson
United States District Judge

PDF created with FinePrint pdfFactory trial version www.pdffactory.com