UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| EDWIN SHEAD, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 4:07CV22 CEJ |
| | ) |
| JAMES PURKETT, et al., | ) |
| | ) |
| Defendant. | ) |

**MEMORANDUM AND ORDER**

This matter is before the Court for review of plaintiff Edwin Shead's amended complaint under 28 U.S.C. § 1915(e). The Court previously reviewed plaintiff's original complaint and found that it survived review as to the medical defendants but that it failed to state a claim against James Purkett. Upon review of the amended complaint, the Court finds that plaintiff's claims against Purkett and John/Jane Doe survive review under 28 U.S.C. § 1915(e)(2)(B). As a result, the Court will order Purkett to respond to the complaint. 42 U.S.C. § 1997e(g)(2). The Court cannot order the John/Jane Doe defendant to respond to the complaint, but plaintiff is given the opportunity to ascertain his or her name in the discovery process. See Munz v. Parr, 758 F.2d 1254, 1257 (8th Cir. 1985).

Accordingly,

**IT IS HEREBY ORDERED** that the Clerk shall issue process or cause process to issue on the amended complaint as to James Purkett.

**IT IS FURTHER ORDERED** that, pursuant to 42 U.S.C. § 1997e(g)(2), James Purkett shall respond to plaintiff's claims within the time provided by the applicable provisions of the Federal Rules of Civil Procedure.

Dated this 10th day of May, 2007.

／s／ Carol E. Jackson
CAROL E. JACKSON
UNITED STATES DISTRICT JUDGE